**Order entered November 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00163-CR

### JOSE ANTONIO PEREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-71985-U**

## ORDER

The Court **GRANTS** appellant's November 16, 2015 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **SEVEN (7) DAYS** from the date of this order.

/s/     ADA BROWN
        JUSTICE